1016

[No. 18302-8-I. Division One. December 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ERIC COLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-03085-7, Jerome M. Johnson, J., entered April 2, 1986. *Dismissed* by unpublished per curiam opinion.

[Nos. 19517-4-I; 19518-2-I. Division One. December 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE A. DUDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-01146-0, John F. Wilson, J., entered October 22, 1986. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 16953-0-I. Division One. December 28, 1987.]

*In the Matter of* CHRISTOPHER R. MELLICK.

Appeal from a judgment of the Superior Court for Whatcom County, No. 85-8-00107-7, Frank Morrow, J. Pro Tem., entered June 11, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17835-1-I. Division One. December 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY DWAINE BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-8-03839-0, John W. Riley, J., entered December 26, 1985. *Dismissed* by unpublished per curiam opinion.